GEORGE COOK, Respondent, *v.* SIDNEY G. POOLE et al.,
Appellants.

(Argued April 27, 1887; decided May 13, 1887.)

*Charles A. Pooley* for appellants.

*H. C. Day* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed